**Maurice BETHEA, Plaintiff–Appellant,**

v.

**SOUTHEASTERN REGIONAL MEDI-CAL CENTER, a/k/a Robeson County Memorial Hospital, Incorporated, a/k/a Baker–Thompson Memorial Hospital, Incorporated, a/k/a South-eastern General Hospital, Incorporat-ed, a/k/a Southeastern Regional Medi-cal Center, Incorporated; Bruce B. Bergstresser, Defendants–Appellees.**

No. 02–1751.

United States Court of Appeals,
Fourth Circuit.

Submitted April 16, 2003.

Decided May 2, 2003.

Daniel F. Read, Durham, North Car-olina, for Appellant. James Bernard Spears, Jr., Jerry Howard Walters, Jr., Haynsworth, Baldwin, Johnson & Greaves, L.L.C., Charlotte, North Carolina, for Ap-pellees.

Before WILKINSON and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Maurice Bethea appeals the district court's order granting summary judgment in favor of the Defendants, thereby dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bethea v. Southeastern Regional Medical Center,* No. CA–01–62–7–F (E.D.N.C. June 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*